**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARION KILER, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

KATE MCLEOD INC.,

                Defendants.
-----------------------------------------------------------X

Case No. 1:20-cv-6297-NGG-SJB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Kate McLeod Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
       April 28, 2021

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: /s/Dan Shaked
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
Fax (718) 704-7555
e-mail: ShakedLawGroup@Gmail.com

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: May 6, 2021